## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Southern Division

| | |
|---|---|
| **CINETEL FILMS, INC.** | ) |
| and | ) |
| **FAMILY OF THE YEAR PRODUCTIONS, LLC** | ) |
| Plaintiffs, | ) |
| v. | ) Case 8:11-cv-02438-JFM |
| **DOES 1-1,052** | ) |
| Defendants. | ) |

## **NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS**

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the Doe Defendants listed in Exhibit 1 hereto pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as no dismissed Doe Defendant has filed either an answer or a motion for summary judgment.

                                                                              Respectfully submitted,
                                                                              CINETEL FILMS, INC.
                                                                              FAMILY OF THE YEAR PRODUCTIONS, LLC

DATED:  December 28, 2011

                                   By:    /s/ Thomas M. Dunlap
                                            Thomas M. Dunlap, MSB #27525
                                            DUNLAP, GRUBB & WEAVER, PLLC
                                            5335 Wisconsin Avenue NW, Suite 440
                                            Washington, D.C. 20015-2052
                                            Telephone: 202-316-8558
                                            Facsimile: 202-318-0242
                                            tdunlap@dglegal.com
                                            *Attorney for the Plaintiffs*

1