| N | Host IP address | Date Time (UTC) | Related Title | ISP |
|---|---|---|---|---|
| 1 | 32.137.228.31 | 5/22/11 12:07:41 AM | I spit on your grave | AT&T Global Network Services, LLC |
| 2 | 98.67.139.190 | 5/18/11 05:26:15 AM | I spit on your grave | BellSouth.net |
| 3 | 98.82.181.47 | 5/19/11 12:00:12 AM | I spit on your grave | BellSouth.net |
| 4 | 74.248.61.76 | 5/19/11 12:00:44 AM | I spit on your grave | BellSouth.net |
| 5 | 98.82.28.122 | 5/20/11 12:12:18 AM | I spit on your grave | BellSouth.net |
| 6 | 98.92.209.41 | 5/22/11 12:47:06 AM | I spit on your grave | BellSouth.net |
| 7 | 74.177.122.166 | 5/22/11 10:22:09 PM | I spit on your grave | BellSouth.net |
| 8 | 74.242.185.25 | 5/22/11 10:54:23 PM | I spit on your grave | BellSouth.net |
| 9 | 98.71.152.34 | 5/23/11 11:13:13 PM | I spit on your grave | BellSouth.net |
| 10 | 65.9.139.143 | 5/26/11 12:12:19 AM | I spit on your grave | BellSouth.net |
| 11 | 74.177.199.195 | 7/5/11 11:15:53 AM | I spit on your grave | BellSouth.net |
| 12 | 98.127.199.174 | 5/25/11 12:02:55 AM | I spit on your grave | Bresnan Communications |
| 13 | 68.191.56.35 | 5/18/11 08:18:36 AM | I spit on your grave | Charter Communications |
| 14 | 68.184.34.211 | 5/18/11 12:59:19 PM | I spit on your grave | Charter Communications |
| 15 | 24.181.201.37 | 5/20/11 12:45:17 PM | I spit on your grave | Charter Communications |
| 16 | 71.8.93.237 | 5/23/11 03:46:56 AM | I spit on your grave | Charter Communications |
| 17 | 68.114.56.151 | 5/23/11 12:44:42 PM | I spit on your grave | Charter Communications |
| 18 | 24.181.247.207 | 5/24/11 12:22:54 AM | I spit on your grave | Charter Communications |
| 19 | 68.190.34.24 | 5/25/11 01:57:52 AM | I spit on your grave | Charter Communications |
| 20 | 71.92.212.137 | 5/25/11 04:54:11 AM | I spit on your grave | Charter Communications |
| 21 | 68.115.188.202 | 5/26/11 12:58:17 AM | I spit on your grave | Charter Communications |
| 22 | 68.191.156.88 | 6/11/11 12:24:01 AM | I spit on your grave | Charter Communications |
| 23 | 24.179.110.246 | 6/23/11 01:39:04 AM | I spit on your grave | Charter Communications |
| 24 | 71.83.224.156 | 6/29/11 09:25:20 AM | I spit on your grave | Charter Communications |
| 25 | 24.177.113.149 | 6/29/11 09:52:50 AM | I spit on your grave | Charter Communications |
| 26 | 75.141.93.233 | 7/1/11 12:02:29 PM | I spit on your grave | Charter Communications |
| 27 | 75.141.85.77 | 7/10/11 07:30:10 AM | I spit on your grave | Charter Communications |
| 28 | 24.179.174.37 | 7/12/11 01:29:44 AM | I spit on your grave | Charter Communications |
| 29 | 66.191.1.219 | 7/13/11 05:48:21 AM | I spit on your grave | Charter Communications |
| 30 | 75.141.89.133 | 7/20/11 09:48:21 AM | I spit on your grave | Charter Communications |
| 31 | 96.24.231.98 | 5/19/11 12:00:29 AM | I spit on your grave | Clearwire Corporation |
| 32 | 75.93.218.246 | 5/19/11 06:31:13 PM | I spit on your grave | Clearwire Corporation |
| 33 | 96.26.47.56 | 5/23/11 01:28:40 AM | I spit on your grave | Clearwire Corporation |
| 34 | 75.95.253.214 | 5/23/11 08:22:17 AM | I spit on your grave | Clearwire Corporation |
| 35 | 71.22.107.60 | 5/23/11 11:14:14 PM | I spit on your grave | Clearwire Corporation |
| 36 | 71.21.141.224 | 6/26/11 02:01:54 PM | I spit on your grave | Clearwire Corporation |
| 849 | 98.160.184.250 | 5/19/11 12:28:57 AM | I spit on your grave | Cox Communications |
| 850 | 98.184.176.142 | 5/19/11 04:33:22 PM | I spit on your grave | Cox Communications |
| 851 | 72.193.201.12 | 5/20/11 12:05:45 AM | I spit on your grave | Cox Communications |
| 852 | 68.226.238.157 | 5/20/11 03:01:57 AM | I spit on your grave | Cox Communications |
| 853 | 72.202.202.36 | 5/21/11 07:27:56 AM | I spit on your grave | Cox Communications |
| 854 | 70.173.234.30 | 5/22/11 12:27:13 AM | I spit on your grave | Cox Communications |
| 855 | 68.105.125.84 | 5/23/11 01:08:50 AM | I spit on your grave | Cox Communications |
| 856 | 70.184.145.33 | 5/23/11 05:58:17 AM | I spit on your grave | Cox Communications |
| 857 | 68.97.29.110 | 5/24/11 12:21:26 AM | I spit on your grave | Cox Communications |
| 858 | 72.219.21.132 | 5/24/11 02:32:23 AM | I spit on your grave | Cox Communications |
| 859 | 68.7.208.189 | 5/26/11 12:27:57 AM | I spit on your grave | Cox Communications |
| 860 | 68.104.215.27 | 6/19/11 08:01:14 AM | I spit on your grave | Cox Communications |
| 861 | 72.207.106.62 | 6/28/11 03:48:56 AM | I spit on your grave | Cox Communications |
| 862 | 72.221.64.136 | 7/1/11 12:02:00 PM | I spit on your grave | Cox Communications |
| 863 | 98.164.81.141 | 7/9/11 12:00:43 AM | I spit on your grave | Cox Communications |
| 864 | 72.73.105.240 | 5/17/11 07:07:02 AM | I spit on your grave | Fairpoint Communications |
| 865 | 184.14.170.38 | 5/20/11 12:07:16 AM | I spit on your grave | Frontier Communications |
| 866 | 184.8.220.138 | 5/20/11 02:13:07 AM | I spit on your grave | Frontier Communications |
| 867 | 184.15.106.123 | 5/22/11 12:27:19 AM | I spit on your grave | Frontier Communications |
| 868 | 74.33.39.53 | 5/20/11 03:04:34 AM | I spit on your grave | Frontier Communications of America |
| 869 | 74.33.39.53 | 5/20/11 03:04:34 AM | I spit on your grave | Frontier Communications of America |
| 870 | 184.19.97.65 | 5/26/11 05:07:03 AM | I spit on your grave | Frontier Communications of America |
| 871 | 184.19.97.65 | 5/26/11 05:07:03 AM | I spit on your grave | Frontier Communications of America |
| 872 | 74.129.37.188 | 5/21/11 01:51:37 AM | I spit on your grave | Insight Communications Company |
| 873 | 173.26.131.235 | 5/23/11 12:47:14 AM | I spit on your grave | Mediacom Communications Corp |
| 874 | 67.85.180.85 | 5/17/11 07:07:01 AM | I spit on your grave | Optimum Online |

| | | | | |
|---|---|---|---|---|
| 875 | 67.87.208.148 | 5/17/11 03:11:07 PM | I spit on your grave | Optimum Online |
| 876 | 67.87.89.228 | 5/18/11 01:25:48 AM | I spit on your grave | Optimum Online |
| 877 | 67.80.128.5 | 5/19/11 08:14:19 PM | I spit on your grave | Optimum Online |
| 878 | 69.124.13.5 | 5/19/11 09:07:57 PM | I spit on your grave | Optimum Online |
| 879 | 24.190.176.213 | 5/20/11 03:34:15 PM | I spit on your grave | Optimum Online |
| 880 | 69.120.52.11 | 5/22/11 12:27:58 AM | I spit on your grave | Optimum Online |
| 881 | 67.87.52.217 | 5/22/11 08:47:30 PM | I spit on your grave | Optimum Online |
| 882 | 69.118.93.241 | 5/23/11 01:47:30 PM | I spit on your grave | Optimum Online |
| 883 | 68.196.138.195 | 5/25/11 04:57:43 AM | I spit on your grave | Optimum Online |
| 884 | 68.194.233.200 | 5/26/11 12:02:50 AM | I spit on your grave | Optimum Online |
| 885 | 69.126.142.106 | 6/10/11 11:35:34 PM | I spit on your grave | Optimum Online |
| 886 | 24.44.84.77 | 6/21/11 09:51:33 AM | I spit on your grave | Optimum Online |
| 887 | 69.119.124.187 | 7/3/11 10:17:46 AM | I spit on your grave | Optimum Online |
| 888 | 24.185.123.255 | 7/16/11 11:28:54 AM | I spit on your grave | Optimum Online |
| 889 | 174.30.226.225 | 5/17/11 07:09:07 AM | I spit on your grave | Qwest Communications |
| 890 | 67.131.55.156 | 5/17/11 07:12:23 AM | I spit on your grave | Qwest Communications |
| 891 | 63.229.194.43 | 5/18/11 03:07:31 AM | I spit on your grave | Qwest Communications |
| 892 | 184.100.223.208 | 5/18/11 06:28:20 AM | I spit on your grave | Qwest Communications |
| 893 | 70.59.200.180 | 5/20/11 08:03:06 AM | I spit on your grave | Qwest Communications |
| 894 | 174.16.181.251 | 5/21/11 12:10:08 AM | I spit on your grave | Qwest Communications |
| 895 | 75.163.209.216 | 5/22/11 06:01:20 PM | I spit on your grave | Qwest Communications |
| 896 | 67.2.170.84 | 5/22/11 11:14:11 PM | I spit on your grave | Qwest Communications |
| 897 | 174.17.235.35 | 5/23/11 12:01:12 AM | I spit on your grave | Qwest Communications |
| 898 | 63.229.222.193 | 5/23/11 08:33:56 AM | I spit on your grave | Qwest Communications |
| 899 | 75.174.76.75 | 5/25/11 08:04:35 AM | I spit on your grave | Qwest Communications |
| 900 | 174.28.172.35 | 5/26/11 12:47:24 AM | I spit on your grave | Qwest Communications |
| 901 | 71.210.193.165 | 6/29/11 03:14:09 PM | I spit on your grave | Qwest Communications |
| 902 | 97.119.154.199 | 7/2/11 01:19:44 PM | I spit on your grave | Qwest Communications |
| 903 | 71.38.220.187 | 7/4/11 07:38:38 PM | I spit on your grave | Qwest Communications |
| 904 | 97.119.151.236 | 7/6/11 08:24:56 PM | I spit on your grave | Qwest Communications |
| 905 | 71.38.222.87 | 7/13/11 09:37:53 AM | I spit on your grave | Qwest Communications |
| 906 | 71.38.220.188 | 7/15/11 01:12:16 AM | I spit on your grave | Qwest Communications |
| 907 | 71.210.195.94 | 7/16/11 01:13:51 PM | I spit on your grave | Qwest Communications |
| 908 | 97.119.156.97 | 7/17/11 03:35:42 AM | I spit on your grave | Qwest Communications |
| 909 | 71.38.223.165 | 7/20/11 09:50:41 AM | I spit on your grave | Qwest Communications |
| 910 | 65.34.88.115 | 5/17/11 12:07:53 PM | I spit on your grave | Road Runner |
| 911 | 66.65.4.55 | 5/17/11 04:52:54 PM | I spit on your grave | Road Runner |
| 912 | 70.127.183.130 | 5/17/11 10:26:46 PM | I spit on your grave | Road Runner |
| 913 | 24.209.67.200 | 5/17/11 10:58:03 PM | I spit on your grave | Road Runner |
| 914 | 24.94.56.111 | 5/18/11 12:49:41 AM | I spit on your grave | Road Runner |
| 915 | 24.88.123.41 | 5/18/11 01:17:23 AM | I spit on your grave | Road Runner |
| 916 | 75.84.223.197 | 5/18/11 08:31:16 AM | I spit on your grave | Road Runner |
| 917 | 75.181.98.8 | 5/18/11 10:23:41 PM | I spit on your grave | Road Runner |
| 918 | 97.103.214.92 | 5/18/11 11:48:07 PM | I spit on your grave | Road Runner |
| 919 | 70.116.104.13 | 5/19/11 12:02:40 AM | I spit on your grave | Road Runner |
| 920 | 24.29.246.107 | 5/19/11 12:03:35 AM | I spit on your grave | Road Runner |
| 921 | 75.180.45.235 | 5/19/11 12:06:26 AM | I spit on your grave | Road Runner |
| 922 | 173.172.236.205 | 5/19/11 12:17:55 AM | I spit on your grave | Road Runner |
| 923 | 97.97.100.250 | 5/19/11 12:49:02 AM | I spit on your grave | Road Runner |
| 924 | 72.187.101.165 | 5/19/11 04:00:43 AM | I spit on your grave | Road Runner |
| 925 | 174.107.228.242 | 5/19/11 06:40:31 AM | I spit on your grave | Road Runner |
| 926 | 75.184.9.204 | 5/19/11 07:11:34 PM | I spit on your grave | Road Runner |
| 927 | 174.98.203.96 | 5/19/11 08:50:32 PM | I spit on your grave | Road Runner |
| 928 | 66.66.92.115 | 5/20/11 12:40:05 AM | I spit on your grave | Road Runner |
| 929 | 74.65.12.9 | 5/20/11 04:40:42 PM | I spit on your grave | Road Runner |
| 930 | 174.96.197.83 | 5/20/11 04:57:24 PM | I spit on your grave | Road Runner |
| 931 | 24.161.15.119 | 5/20/11 08:14:59 PM | I spit on your grave | Road Runner |
| 932 | 70.126.128.167 | 5/20/11 08:52:54 PM | I spit on your grave | Road Runner |
| 933 | 24.168.43.232 | 5/21/11 12:12:39 AM | I spit on your grave | Road Runner |
| 934 | 75.80.195.12 | 5/21/11 12:33:20 AM | I spit on your grave | Road Runner |
| 935 | 76.175.217.139 | 5/21/11 12:43:49 AM | I spit on your grave | Road Runner |
| 936 | 65.31.50.116 | 5/21/11 01:10:04 AM | I spit on your grave | Road Runner |
| 937 | 76.84.248.129 | 5/21/11 01:15:22 AM | I spit on your grave | Road Runner |

| | | | | |
|---|---|---|---|---|
| 938 | 76.168.206.104 | 5/21/11 02:33:14 AM | I spit on your grave | Road Runner |
| 939 | 72.178.148.254 | 5/22/11 12:23:27 AM | I spit on your grave | Road Runner |
| 940 | 71.79.166.166 | 5/22/11 01:12:08 AM | I spit on your grave | Road Runner |
| 941 | 70.127.20.19 | 5/22/11 01:19:56 AM | I spit on your grave | Road Runner |
| 942 | 97.97.224.2 | 5/22/11 08:00:33 AM | I spit on your grave | Road Runner |
| 943 | 76.89.195.213 | 5/22/11 08:39:21 AM | I spit on your grave | Road Runner |
| 944 | 75.176.73.14 | 5/22/11 05:39:24 PM | I spit on your grave | Road Runner |
| 945 | 69.23.33.4 | 5/22/11 05:47:50 PM | I spit on your grave | Road Runner |
| 946 | 174.96.155.104 | 5/23/11 12:45:26 AM | I spit on your grave | Road Runner |
| 947 | 184.88.120.170 | 5/23/11 01:06:36 AM | I spit on your grave | Road Runner |
| 948 | 24.30.155.37 | 5/23/11 01:53:10 AM | I spit on your grave | Road Runner |
| 949 | 24.25.62.47 | 5/23/11 03:04:56 AM | I spit on your grave | Road Runner |
| 950 | 74.71.245.226 | 5/23/11 03:13:11 AM | I spit on your grave | Road Runner |
| 951 | 173.88.4.20 | 5/23/11 05:07:28 AM | I spit on your grave | Road Runner |
| 952 | 72.177.178.241 | 5/23/11 05:14:08 AM | I spit on your grave | Road Runner |
| 953 | 65.184.159.211 | 5/23/11 11:23:29 PM | I spit on your grave | Road Runner |
| 954 | 74.77.177.220 | 5/24/11 12:39:26 AM | I spit on your grave | Road Runner |
| 955 | 184.56.61.190 | 5/24/11 01:07:31 AM | I spit on your grave | Road Runner |
| 956 | 76.189.23.59 | 5/24/11 11:54:51 PM | I spit on your grave | Road Runner |
| 957 | 72.181.99.54 | 5/25/11 12:06:50 AM | I spit on your grave | Road Runner |
| 958 | 70.92.13.62 | 5/25/11 10:43:17 PM | I spit on your grave | Road Runner |
| 959 | 70.122.72.97 | 5/26/11 12:28:52 AM | I spit on your grave | Road Runner |
| 960 | 184.91.237.227 | 6/14/11 12:12:12 AM | I spit on your grave | Road Runner |
| 961 | 74.69.4.65 | 6/15/11 05:10:02 PM | I spit on your grave | Road Runner |
| 962 | 65.190.161.196 | 6/23/11 12:07:33 AM | I spit on your grave | Road Runner |
| 963 | 66.8.226.192 | 7/2/11 01:14:29 PM | I spit on your grave | Road Runner |
| 964 | 68.207.138.246 | 7/6/11 11:31:40 PM | I spit on your grave | Road Runner |
| 965 | 66.8.224.175 | 7/9/11 09:07:32 PM | I spit on your grave | Road Runner |
| 966 | 99.14.85.39 | 5/17/11 07:47:45 AM | I spit on your grave | SBC Internet Services |
| 967 | 99.140.74.11 | 5/17/11 01:27:12 PM | I spit on your grave | SBC Internet Services |
| 968 | 75.47.99.240 | 5/17/11 04:44:11 PM | I spit on your grave | SBC Internet Services |
| 969 | 68.92.118.65 | 5/17/11 04:49:58 PM | I spit on your grave | SBC Internet Services |
| 970 | 99.59.152.11 | 5/17/11 09:45:04 PM | I spit on your grave | SBC Internet Services |
| 971 | 99.58.203.94 | 5/17/11 11:10:09 PM | I spit on your grave | SBC Internet Services |
| 972 | 69.152.240.56 | 5/18/11 05:34:04 AM | I spit on your grave | SBC Internet Services |
| 973 | 76.250.230.148 | 5/18/11 10:57:11 PM | I spit on your grave | SBC Internet Services |
| 974 | 75.57.248.244 | 5/19/11 12:28:27 AM | I spit on your grave | SBC Internet Services |
| 975 | 70.225.171.120 | 5/19/11 04:42:51 AM | I spit on your grave | SBC Internet Services |
| 976 | 99.68.123.55 | 5/19/11 02:49:18 PM | I spit on your grave | SBC Internet Services |
| 977 | 99.14.208.92 | 5/19/11 07:08:35 PM | I spit on your grave | SBC Internet Services |
| 978 | 76.194.44.168 | 5/20/11 12:10:52 AM | I spit on your grave | SBC Internet Services |
| 979 | 69.110.9.210 | 5/20/11 03:55:10 AM | I spit on your grave | SBC Internet Services |
| 980 | 76.236.202.77 | 5/20/11 04:55:45 PM | I spit on your grave | SBC Internet Services |
| 981 | 99.36.10.32 | 5/20/11 08:13:59 PM | I spit on your grave | SBC Internet Services |
| 982 | 99.191.114.146 | 5/21/11 12:08:45 AM | I spit on your grave | SBC Internet Services |
| 983 | 68.93.130.211 | 5/21/11 01:10:09 AM | I spit on your grave | SBC Internet Services |
| 984 | 76.252.3.54 | 5/21/11 05:10:06 AM | I spit on your grave | SBC Internet Services |
| 985 | 99.34.96.17 | 5/21/11 05:36:17 AM | I spit on your grave | SBC Internet Services |
| 986 | 76.251.234.169 | 5/21/11 08:24:38 AM | I spit on your grave | SBC Internet Services |
| 987 | 76.226.78.65 | 5/21/11 12:54:22 PM | I spit on your grave | SBC Internet Services |
| 988 | 108.75.41.76 | 5/22/11 12:47:49 AM | I spit on your grave | SBC Internet Services |
| 989 | 76.241.117.65 | 5/22/11 03:21:01 PM | I spit on your grave | SBC Internet Services |
| 990 | 99.157.53.238 | 5/23/11 03:22:24 AM | I spit on your grave | SBC Internet Services |
| 991 | 75.21.158.33 | 5/23/11 12:55:58 PM | I spit on your grave | SBC Internet Services |
| 992 | 99.189.182.244 | 5/23/11 09:37:59 PM | I spit on your grave | SBC Internet Services |
| 993 | 76.254.10.50 | 5/24/11 05:39:14 AM | I spit on your grave | SBC Internet Services |
| 994 | 65.65.246.165 | 5/25/11 12:01:27 AM | I spit on your grave | SBC Internet Services |
| 995 | 75.19.68.204 | 5/25/11 12:22:29 AM | I spit on your grave | SBC Internet Services |
| 996 | 69.154.245.34 | 5/25/11 12:45:26 AM | I spit on your grave | SBC Internet Services |
| 997 | 99.48.26.164 | 5/25/11 01:23:57 AM | I spit on your grave | SBC Internet Services |
| 998 | 76.236.37.47 | 5/25/11 02:18:38 AM | I spit on your grave | SBC Internet Services |
| 999 | 75.56.203.219 | 5/25/11 04:35:47 AM | I spit on your grave | SBC Internet Services |
| 1000 | 75.42.81.114 | 5/26/11 03:52:02 AM | I spit on your grave | SBC Internet Services |

| | | | | |
|---|---|---|---|---|
| 1001 | 69.177.230.113 | 6/19/11 11:09:47 AM | I spit on your grave | SBC Internet Services |
| 1002 | 75.53.107.55 | 6/30/11 12:33:33 PM | I spit on your grave | SBC Internet Services |
| 1003 | 75.16.57.157 | 7/4/11 10:39:11 AM | I spit on your grave | SBC Internet Services |
| 1004 | 75.53.97.125 | 7/4/11 01:33:06 PM | I spit on your grave | SBC Internet Services |
| 1005 | 76.233.254.197 | 7/5/11 10:31:41 AM | I spit on your grave | SBC Internet Services |
| 1006 | 99.189.85.200 | 7/16/11 03:34:35 PM | I spit on your grave | SBC Internet Services |
| 1007 | 76.250.76.161 | 7/19/11 12:48:40 AM | I spit on your grave | SBC Internet Services |
| 1008 | 66.87.2.155 | 5/19/11 06:30:52 PM | I spit on your grave | Sprint PCS |
| 1009 | 108.101.105.115 | 5/25/11 12:04:04 AM | I spit on your grave | Sprint PCS |
| 1010 | 173.80.45.98 | 5/25/11 12:01:57 AM | I spit on your grave | Suddenlink Communications |
| 1011 | 108.36.131.10 | 5/18/11 12:41:24 AM | I spit on your grave | Verizon Internet Services |
| 1012 | 108.46.107.29 | 5/18/11 01:21:09 AM | I spit on your grave | Verizon Internet Services |
| 1013 | 71.116.98.97 | 5/18/11 01:21:29 AM | I spit on your grave | Verizon Internet Services |
| 1014 | 96.253.216.130 | 5/18/11 02:38:58 AM | I spit on your grave | Verizon Internet Services |
| 1015 | 173.64.69.110 | 5/18/11 08:43:07 PM | I spit on your grave | Verizon Internet Services |
| 1016 | 96.232.27.46 | 5/19/11 12:32:15 AM | I spit on your grave | Verizon Internet Services |
| 1017 | 96.235.24.32 | 5/19/11 04:49:59 AM | I spit on your grave | Verizon Internet Services |
| 1018 | 71.255.224.94 | 5/20/11 08:00:15 PM | I spit on your grave | Verizon Internet Services |
| 1019 | 96.255.210.129 | 5/21/11 12:07:03 AM | I spit on your grave | Verizon Internet Services |
| 1020 | 71.188.224.226 | 5/21/11 05:35:53 PM | I spit on your grave | Verizon Internet Services |
| 1021 | 74.103.12.185 | 5/21/11 11:10:50 PM | I spit on your grave | Verizon Internet Services |
| 1022 | 173.78.79.15 | 5/22/11 12:28:21 AM | I spit on your grave | Verizon Internet Services |
| 1023 | 96.236.124.180 | 5/22/11 01:08:07 AM | I spit on your grave | Verizon Internet Services |
| 1024 | 71.180.51.141 | 5/22/11 01:56:33 AM | I spit on your grave | Verizon Internet Services |
| 1025 | 71.169.46.43 | 5/22/11 03:06:48 AM | I spit on your grave | Verizon Internet Services |
| 1026 | 71.172.34.12 | 5/22/11 03:35:32 PM | I spit on your grave | Verizon Internet Services |
| 1027 | 108.2.178.154 | 5/22/11 11:35:42 PM | I spit on your grave | Verizon Internet Services |
| 1028 | 96.245.157.116 | 5/23/11 03:14:14 AM | I spit on your grave | Verizon Internet Services |
| 1029 | 71.110.146.49 | 5/23/11 07:03:09 PM | I spit on your grave | Verizon Internet Services |
| 1030 | 71.168.247.146 | 5/24/11 06:19:35 AM | I spit on your grave | Verizon Internet Services |
| 1031 | 108.17.92.96 | 5/25/11 12:25:29 AM | I spit on your grave | Verizon Internet Services |
| 1032 | 173.72.37.110 | 5/25/11 02:45:03 AM | I spit on your grave | Verizon Internet Services |
| 1033 | 108.41.245.122 | 5/26/11 02:28:05 AM | I spit on your grave | Verizon Internet Services |
| 1034 | 96.238.20.86 | 5/26/11 03:29:52 AM | I spit on your grave | Verizon Internet Services |
| 1035 | 98.119.88.204 | 5/26/11 06:18:07 AM | I spit on your grave | Verizon Internet Services |
| 1036 | 173.60.82.228 | 6/20/11 09:54:12 AM | I spit on your grave | Verizon Internet Services |
| 1037 | 71.166.117.178 | 6/21/11 02:00:39 PM | I spit on your grave | Verizon Internet Services |
| 1038 | 71.162.161.115 | 6/26/11 01:51:26 PM | I spit on your grave | Verizon Internet Services |
| 1039 | 70.107.120.31 | 6/27/11 06:50:30 AM | I spit on your grave | Verizon Internet Services |
| 1040 | 71.180.158.93 | 6/30/11 06:05:46 PM | I spit on your grave | Verizon Internet Services |
| 1041 | 96.236.22.191 | 7/2/11 03:31:28 PM | I spit on your grave | Verizon Internet Services |
| 1042 | 96.236.38.125 | 7/3/11 02:14:25 PM | I spit on your grave | Verizon Internet Services |
| 1043 | 71.255.96.217 | 7/10/11 09:27:54 PM | I spit on your grave | Verizon Internet Services |
| 1044 | 108.4.146.226 | 7/14/11 03:23:54 PM | I spit on your grave | Verizon Internet Services |
| 1045 | 71.255.106.24 | 7/15/11 08:49:29 PM | I spit on your grave | Verizon Internet Services |
| 1046 | 76.14.18.207 | 5/20/11 09:10:31 AM | I spit on your grave | Wave Broadband |
| 1047 | 75.118.20.102 | 5/19/11 02:33:44 AM | I spit on your grave | WideOpenWest |
| 1048 | 173.189.169.65 | 5/18/11 02:27:14 AM | I spit on your grave | Windstream Communications |
| 1049 | 67.141.164.139 | 5/20/11 07:28:39 PM | I spit on your grave | Windstream Communications |
| 1050 | 71.28.82.81 | 5/22/11 11:31:56 PM | I spit on your grave | Windstream Communications |
| 1051 | 71.31.6.217 | 5/23/11 05:10:41 AM | I spit on your grave | Windstream Communications |
| 1052 | 75.91.82.52 | 7/12/11 03:17:51 PM | I spit on your grave | Windstream Communications |