UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Southern Division

| | |
|---|---|
| CINETEL FILMS, INC. )<br>)<br>and )<br>)<br>FAMILY OF THE YEAR )<br>PRODUCTIONS, LLC )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1-1,052 )<br>)<br>Defendants. )<br>) | Case 8:11-cv-02438-JFM |

### [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO NAME AND SERVE DEFENDANTS [Fed. R. Civ. P. 4(m)]

The Court having considered Plaintiff's motion for an extension of time to name and serve certain of the Doe Defendants, and pursuant to Fed. R. Civ. P. 4(m);

ORDERED, Plaintiff's motion is GRANTED. The time by which Plaintiff is required to name and serve, or voluntarily dismiss without prejudice, the remaining Doe Defendants shall be extended an additional 120 days from the entry of this Order.

Dated: _January 4, 2012_

_/s/_
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 JAN -4  A 11: 38
CLERK'S OFFICE
AT BALTIMORE
BY _____