

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

January 5, 2012

Demetrius Manta
17403 Lake Chelan Lane
Humble, Texas 77346

    Re:    Case No. 11-cv-2438 JFM    CineTel Films, Inc. et al v. Does 1-1,052

Dear Mr. Manta:

    The Clerk received your motion to quash subpoena on January 5, 2012; however, it is deficient in the area(s) checked below and is being returned to you, at the direction of the presiding judge.

**Noncompliance with L.R. 101 or 102**
☐ Member of bar has not signed the document.

☐ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**
☒ Certificate of service not affixed to document.

☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**
☐ Discovery materials should not be filed unless in support of a motion or by court order.
☐ Discovery motion filed contrary to L.R. 104.7.
☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**
☒ Document does not contain original signature.

☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.

☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.

☐ Other:

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 JAN -9
CLERK'S OFFICE
AT BALTIMORE
BY____

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov