# DEFENDANT DOE #465'S EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = "I spit on your grave"
Search Results: Displaying 34 of 34 entries



*I Spit On Your Grave.*

**Relevance:** ■ ■ ■ ■
**Type of Work:** Motion Picture
**Registration Number / Date:** PAu003546450 / 2010-08-10
**Application Title:** I Spit On Your Grave.
**Title:** I Spit On Your Grave.
**Description:** Videocassette (Digital Betacam) ; 1/2 in.
**Copyright Claimant:** Family of the Year Productions, LLC. Address: 3010 Knight St, Suite 350, Shreveport, LA, 71105, United States.
**Date of Creation:** 2010
**Authorship on Application:** Family of the Year Productions, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Pre-existing Material:** script/screenplay, Original motion picture by Meir Zarchi of which this picture is a remake.
**Basis of Claim:** all other cinematographic material, additional new footage, production as a motion picture, new narration, revisions/additions to script, editing.
**Rights and Permissions:** Steve Gregoropoulos, (323) 654-4000, sgregoropoulos@cinetelfilms.com
**Names:** Family of the Year Productions, LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                                 Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

13