

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

March 9, 2012

Lloyd L. Pollard, II
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124

RE:     CineTel Films, Inc. et al v. Does 1-1,052
        8:11-cv-2438-JFM

Dear Counsel:

The above-captioned case  ⊠ is □ is not subject to this Court's electronic filing requirements and procedures.  Our records show that:

⊠       You are not a member in good standing of our bar.  Your appearance has <u>not</u> been
        entered in this case and the Court will <u>not</u> send you copies of orders and other documents. Within fourteen (14) days from the date of this letter you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance.  For information on how to become a member of our bar or to appear *pro hac vice*, please visit our web site at: <u>www.mdd.uscourts.gov.</u>  If you were previously a member and have a question concerning your status, please contact our attorney admissions specialist, Catherine Scaffidi, at (410) 962-3293.  Once you have been admitted, you **should** register to use CM/ECF.

□       You are not a registered CM/ECF user.  To register, go to the Court's web site:
        <u>www.mdd.uscourts.gov</u> and fill in the on-line registration form.  Information about electronic filing procedures and requirements is available on the web site.  Please note that if this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you.  The Court does <u>not</u> mail paper copies of orders and other documents which are filed electronically.

Sincerely,

_____/s/_____
Felicia C. Cannon, Clerk

cc:     All counsel/parties

Removal Notification Letter (05/2010)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**