IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CINETEL FILMS, INC., | * | |
| | * | |
| and | * | |
| | * | |
| FAMILY OF THE YEAR | * | |
| PRODUCTIONS, LLC, | * | Civil No. JFM 8:11-cv-02438 |
| *Plaintiffs*, | * | |
| | * | |
| v. | * | |
| | * | |
| DOES 1–1,052, | * | |
| *Defendants*. | * | |

******

## ORDER

For the reasons stated in the accompanying Opinion, it is, this 4th day of April 2012

ORDERED

1. All Doe defendants are SEVERED from this action, except Doe #37 (the first Doe defendant listed in Exhibit A to the complaint that has not been voluntarily dismissed from the action).

2. Plaintiffs' claims against severed Doe defendants 38–848 are DISMISSED without prejudice.

3. All subpoenas seeking severed defendants' personal identifying information are hereby QUASHED.

4. Plaintiff SHALL IMMEDIATELY NOTIFY subpoena recipients that the subpoenas have been quashed and that Doe defendants, except Doe #37, have been severed and are not litigants in this case.

5. ISPs shall file, under seal, copies of all notices sent to Doe defendants pursuant to paragraph 4 above.

6. Moving forward, all documents filed in this action that contain Doe #37's identifying information shall be filed under seal.

7. All pending motions from severed defendants are DENIED as moot.

          /s/

      J. Frederick Motz
      United States District Judge