UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Southern Division

| | |
|---|---|
| **CINETEL FILMS, INC.** ) | |
| ) | |
| and ) | |
| ) | |
| **FAMILY OF THE YEAR** ) | |
| **PRODUCTIONS, LLC** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case 8:11-cv-02438-JFM |
| ) | |
| **DOES 1-1,052** ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH COURT ORDER [DOC. NO. 64]**

Pursuant to the Court's Order of April 4, 2012 (Doc. No. 64), "Plaintiff SHALL IMMEDIATELY NOTIFY subpoena recipients that the subpoenas have been quashed and that Doe defendants, except Doe #37, have been severed and are not litigants in this case."

Immediately after receiving the Court's Order, on April 4, 2012, Plaintiffs' counsel sent a letter, along with a copy of the Court's Order, to Comcast Cable Communications via facsimile and electronic mail giving notice that the subpoenas have been quashed and that the Doe Defendants, except Doe #37, have been severed and are not litigants in this case. Comcast Cable Communications is the only recipient of a subpoena from Plaintiffs in this case, as Plaintiffs did not serve any subpoenas on any other Internet Service Providers. Plaintiffs never received any identifying information of the Doe Defendants from Comcast Cable Communications, or any other ISP, pursuant to any subpoena in this case.

1

                                        Respectfully submitted,
                                        CINETEL FILMS, INC.
                                        FAMILY OF THE YEAR PRODUCTIONS, LLC

DATED:  April 5, 2012

                              By:    /s/ Thomas M. Dunlap
                                        Thomas M. Dunlap, MSB #27525
                                        DUNLAP, GRUBB & WEAVER, PLLC
                                        5335 Wisconsin Avenue NW, Suite 440
                                        Washington, D.C. 20015-2052
                                        Telephone: 202-316-8558
                                        Facsimile: 202-318-0242
                                        tdunlap@dglegal.com
                                        *Attorney for the Plaintiffs*